United States District Court
Southern District of Texas
FILED

**FEB 1 0 2000**

MICHAEL N. MILBY CLERK

# C-00-055

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/07/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                 10:42:45
TDCJ#: 00525037 SID#: 03935231 LOCATION: MCCONNELL     INDIGENT DTE: 00/00/00
NAME: ANDERSON,SHAUN DELEON            BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         30.02 TOT HOLD AMT:        0.00 3MTH TOT DEP:       75.00
6MTH DEP:            95.00 6MTH AVG BAL:       11.67 6MTH AVG DEP:       15.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/00      30.02         20.00         10/99      20.00         20.00
12/99      35.07         25.00         09/99       7.26          0.00
11/99      20.07         30.00         08/99      49.06          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS/COUNTY OF _Bee_
ON THIS THE _17th_ DAY OF _Feb_, _2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*Julia Z. Lopez*

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002