IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Corpus Christi__ DIVISION

United States District Court
Southern District of Texas
FILED

FEB 17 2000

Michael N. Milby, Clerk of Court

__SHAUN deLeon Anderson__
Plaintiff's name and ID Number

__McConnell__
Place of Confinement

v.

__Gary L. Johnson__
Defendant's name and address

CASE NO. __C-00-055__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Shaun Anderson__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment         Yes☐ No☒
   b. Rent payments, interest or dividends?                Yes☐ No☒
   c. Pensions, annuities or life insurance payments?      Yes☐ No☒
   d. Gifts or inheritances?                               Yes☐ No☒
   e. Family or friends?                                   Yes☒ No☐
   f. Any other sources?                                   Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __I receive Approximately - 10.00 to 20.00 dollars occasionally from Relatives__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☒   No☐ void
   If you answered YES, state the total value of the items owned.

   __the total is .88 cents__

3.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐        No ☒

    If you answered YES, describe the property and state its approximate value.

    _____
    _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __15TH__ day of __FebuARy__, ~~19~~ 2000

_Shaun D. Anderson_    __525037__
Signature of Plaintiff        ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6/97

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/15/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                  13:34:03
TDCJ#: 00525037 SID#: 03935231 LOCATION: MCCONNELL      INDIGENT DTE: 02/14/00
NAME: ANDERSON,SHAUN DELEON            BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.88 TOT HOLD AMT:        0.00 3MTH TOT DEP:       75.00
6MTH DEP:           95.00 6MTH AVG BAL:       11.67 6MTH AVG DEP:       15.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/00      30.02           20.00       10/99      20.00           20.00
12/99      35.07           25.00       09/99       7.26            0.00
11/99      20.07           30.00       08/99      49.06            0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Bee_
ON THIS THE 15th DAY OF _Feb_, 2000 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002

CLERK, U.S. DISTRICT COURT
RECEIVED
FEB 17 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS