

# United States District Court

Southern DISTRICT OF Texas

Corpus Christi Division

United States District Court
Southern District of Texas
FILED

MAR 22 2000

MICHAEL N. MILBY CLERK

Shaun Deleon Anderson, Petitioner

V.

Gary L. Johnson, Respondent

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA-C-00-55 - /

TO: (Name and address of defendant)

Gary L Johnson
c/o Andy Taylor
First Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shaun Deleon Anderson
#525037
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

February 24, 2000
DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____

☒ Other (specify): MAILED CERTIFIED MAIL ON: 2/25/00
CERTIFIED MAIL # Z 149 739 051
RETURN RECEIPT DATED: 3/1/00

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/1/00__  _[signature]_
              Date                              Signature of Server

521 STARR, C.C., TX. 78401
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.