March 17, 2000

2:0-55

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 21 2000

Michael N. Milby, Clerk of Court

Shaun Deleon Anderson
3001 S.Emily Dr.
Beeville,TX. 78102

Re: Filing Fee

To The Clerck Of The Court

    On February 17,2000 I filed a Motion requesting to proceed in Forma Pauperis in Action C.A.no. 00-55. On March 1-- 2000 that request was denied by the Court and I was ordered to pay the filing Fee of $5.oo within 30 days of that order.

    At this time I am unable to pay the $5.00 filing fee as I curently have no money in my Inmate Trustfund Account. However I anticipate a deposit into my Account in the near future.

    Therefore, I am respectfully requesting an extension of time in complying with the Court Order to pay the $5.00 filing fee.

Respectfully Submitted,

Shaun Deleon Anderson
# 525037

_Shaun Deleon Anderson_
#525037

9.