UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 3 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| SHAUN DELEON ANDERSON | § |
| | § |
| v. | § C. A. NO. C-00-055 |
| | § |
| GARY L. JOHNSON | § |

### ORDER

By order entered March 2, 2000, plaintiff's application to proceed *in forma pauperis* was denied (D.E. 7). This order was entered by mistake, as plaintiff had already been granted leave to proceed *in forma pauperis* (D.E. 6). Accordingly, the order denying leave to proceed *in forma pauperis* (D.E. 7) is VACATED.

Plaintiff has filed a motion seeking extension of time to pay the filing fee (D.E. 9). Because plaintiff has been granted *in forma pauperis* status, the motion is DENIED as moot.

SIGNED this ___30___ day of March 2000.

_Jane Cooper-Hill_
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE