IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SHAUN DELEON ANDERSON, § | |
|         Petitioner, § | |
| § | |
| v.  § | CIVIL ACTION NO. C-00-55 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
|         Respondent. § | |

**RESPONDENT JOHNSON'S MOTION TO APPEAR *PRO HAC VICE*
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES respondent Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by and through his attorney, the Attorney General of Texas, and files this his Motion to Appear *Pro Hac Vice* with Brief in Support.

The undersigned is an attorney with the Habeas Corpus Division of the Office of the Attorney General of the State of Texas and has been assigned to represent the respondent in this cause. The undersigned has been licensed to practice in the State of Texas since May 3, 1999, and is a member in good standing of the State Bar of Texas. The undersigned began employment with this division on January 10, 2000, and is in the process of preparing an application for admission to practice before this court. The undersigned has read and agrees to be bound by the local rules of this court.

For the foregoing reasons, the Director respectfully requests that his motion to appear *pro hac vice* be granted.

                      Respectfully submitted,

                      JOHN CORNYN
                      Attorney General of Texas

                      ANDY TAYLOR
                      First Assistant Attorney General

                      SHANE PHELPS
                      Deputy Attorney General
                      For Criminal Justice

                      ROSS RAYBURN
                      Assistant Attorney General
                      Chief, Habeas Corpus Division

                      */s/ Tracy A. Segrato*
                      TRACY A. SEGRATO*
*Attorney in Charge          Assistant Attorney General
                      State Bar No. 24010712

                      P. O. Box 12548, Capitol Station
                      Austin, Texas 78711
                      (512) 936-1400
                      Fax No. (512) 936-1280

                      ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

     I, Tracy A. Segrato, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent will assume that petitioner will oppose this motion.

                      */s/ Tracy A. Segrato*
                      TRACY A. SEGRATO
                      Assistant Attorney General

## NOTICE OF SUBMISSION

To: Shaun Deleon Anderson, petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

_____
TRACY A. SEGRATO
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Tracy A. Segrato, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion to Appear *Pro Hac Vice* with Brief in Support has been served by placing it in the United States Mail, postage prepaid, on this the 31st day of March, 2000, addressed to:

Shaun Deleon Anderson
TDCJ-ID No. 525037
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

_____
TRACY A. SEGRATO
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| *SHAUN DELEON ANDERSON,* § | |
| Petitioner, § | |
| § | |
| *v.* § | CIVIL ACTION NO. C-00-55 |
| § | |
| *GARY L. JOHNSON, DIRECTOR,* § | |
| *TEXAS DEPARTMENT OF CRIMINAL* § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* § | |
| Respondent. § | |

# ORDER

Came on this day to be considered Respondent Johnson's Motion to Appear *Pro Hac Vice* with Brief in Support, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Respondent's Motion to Appear *Pro Hac Vice* with Brief in Support is GRANTED, and Assistant Attorney General Tracy A. Segrato is permitted to appear *pro hac vice*.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING