United States District Court
Southern District of Texas
ENTERED

APR - 6 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *SHAUN DELEON ANDERSON,* | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-55 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

ORDER

Came on this day to be considered Respondent Johnson's Motion to Appear *Pro Hac Vice* with Brief in Support, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Respondent's Motion to Appear *Pro Hac Vice* with Brief in Support is GRANTED, and Assistant Attorney General Tracy A. Segrato is permitted to appear *pro hac vice*.

SIGNED on this the 5 day of April, 2000.

_____
JUDGE PRESIDING