UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY - 8 2000
Michael N. Milby, Clerk of Court

Shaun Deleon Anderson          §

VS.                            §   CIVIL ACTION NO. C-00-55

Gary L. Johnson                §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Argument to Respondent's Motion for Summary Judgment with Brief in Support";

however, it is deficient in the area (s) checked below:

1. _x_ Pleading is not signed. (L.R.2.C) Original signature not provided
2. ___ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)
3. ___ Caption of the pleading is incomplete (L.R.3.E)
4. _x_ No certificate of service, or explanation why service is not required (L.R.3.G)
5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)
6. ___ Separate proposed order not attached (L.R.6.A.3)
7. ___ Motion to consolidate is not in compliance with L.R.6.G
8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: May 5, 2000
re: D.E. #15/dp

_____
JUDGE PRESIDING