```
                                              United States District C-
                                              Southern District of T
                                                     FILED

                                              MAY 26 2000

                                              MICHAEL N. MILBY CLERK

SHAUN DELEON ANDERSON            *
VS.                              *    CIVIL ACTION NO. C-00-55
GARY L. JOHNSON                  *
                                 *
```

      MOTION REQUESTING PERMISSION TO RE-FILE ARGUMENTS
TO RESPONDENTS MOTION FOR SUMMARY JUDGEMENT WITH
BRIEF IN SUPPORT

COMES NOW, PETITIONER, SHAUN DELEON ANDERSON, RESPECTFULLY REQUESTS PERMISSION TO RE-FILE HIS ARGUMENTS TO RESPONDENTS MOTION FOR SUMMARY JUDGMENT WITH BRIEF IN SUPPORT.

PETITIONER MISTAKENLY SENT TO THE CLERK, COPIES UN-SIGNED AND WITHOUT CERTIFICATE OF SERVICE, THE SAID INSTRUMENT WAS DENIED AS DEFICIENT.

PETITIONER HAS CORRECTED THE ERRORS RESULTING IN A DEFICIENT INSTRUMENT, AND NOW RESPECTFULLY REQUESTS PERMISSION TO RE-FILE HIS ARGUMENTS TO RESPONDENTS MOTION FOR SUMMARY JUDGEMENT WITH BRIEF IN SUPPORT.

GRANTED: _____

DENIED: _____

                                PRESIDING JUDGE _____

SHAUN DELEON ANDERSON          *
VS.                            *        CIVIL ACTION NO. C-00-55
GARY L. JOHNSON                *

## CERTIFICATE OF SERVICE

I, SHAUN DELON ANDERSON, PETITIONER, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING PETITIONERS ARGUMENTS TO RESPONDENTS MOTION FOR SUMMARY JUDGEMENT WITH BRIEF IN SUPPORT, HAS BEEN SERVED BY PLACING IT IN THE UNITED STATES MAIL, POSTAGE PREPAID ON THIS THE 23rd DAY OF MAY, 2000.

Shaun Deleon Anderson
TDCJ-ID 525037