```
                                          United States District Court
                                          Southern District of Texas
                                                  ENTERED
         UNITED STATES DISTRICT COURT        JUN - 5 2000
          SOUTHERN DISTRICT OF TEXAS
             CORPUS CHRISTI DIVISION       Michael N. Milby, Clerk of Court
```

SHAUN DELEON ANDERSON §
§
v. § C. A. NO. C-00-055
§
GARY L. JOHNSON §

## ORDER

Plaintiff has filed a Motion Requesting Permission to File his Response to Summary Judgment (D.E. 18); his earlier response was stricken for failure to bear an original signature (see D.E. 16).

The Motion Requesting Permission (D.E. 18) itself lacks a signature and is accordingly STRICKEN. The accompanying response (D.E. 19) is signed, however, and is thus accepted for filing.

Because the response is untimely in that it was filed after entry of Memorandum and Recommendation (D.E. 17) on the motion for summary judgment, the response (D.E. 19) will be construed as objections to the Memorandum and Recommendation pursuant to Fed. R. Civ. P. 72(b). Any additional objections must be filed within 10 days as required by Rule 72(b).

SIGNED this ___2___ day of June 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE