United States District Court
Southern District of Texas
ENTERED

JUN 28 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHAUN DELEON ANDERSON | § | 21. |
| | § | |
| V. | § | C.A. NO. C-00-055 |
| | § | |
| GARY JOHNSON | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On May 26, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that Respondent's Motion for Summary Judgment be granted, and that Petitioner Shaun DeLeon Anderson's petition be denied. On May 26, 2000, Petitioner filed Argument to Respondent's Motion for Summary Judgment with Brief in Support in Above Said Cause. United States Magistrate Judge Jane Cooper-Hill on June 2, 2000, signed an order that Petitioner's Argument to Respondent's Motion for Summary Judgment with Brief in Support would be construed as objections to the Memorandum and Recommendation pursuant to Fed. R. Civ. P. 72(b) and that any additional objections were to be filed within 10 days as required by Rule 72(b). Petitioner filed no additional objections.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and Petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th

Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is

ORDERED that Respondent's Motion for Summary Judgment is granted and Petitioner Shaun DeLeon Anderson's petition is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 26th day of June, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

2