```
                                                    United States District Court
                                                    Southern District of Texas
                                                             ENTERED

         IN THE UNITED STATES DISTRICT COURT              JUN 2 8 2000
         FOR THE SOUTHERN DISTRICT OF TEXAS
              CORPUS CHRISTI DIVISION                Michael N. Milby, Clerk of
```

SHAUN DELEON ANDERSON     §
                          §
V.                        §     C.A. NO. C-00-055
                          §
GARY JOHNSON              §

### FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation on Respondent's Motion for Summary Judgment, the Court hereby enters Final Judgment dismissing Petitioner Shaun DeLeon Anderson's petition.

ORDERED this 26th day of June, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE